# PRO SE NOTICE OF APPEAL

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA
VS                         CRIMINAL 4:19-CR-001
CHARLES SCHINDLER

THIS IS NOTICE OF APPEAL IN CRIMINAL CASE 4:19-CR-001 BEING FILED BY PRO SE NOTICE BY DEFENDANT ON THIS DAY 22 JAN. 2020.

Charles Schindler
22 JAN 2020

CHARLES SCHINDLER
LAFAYETTE COUNTY CORRECTIONAL FACILITY
711 JACKSON AVENUE E.
OXFORD MS 38655

DECLARATION OF INMATE FILING.
IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI.

UNITED STATES OF AMERICA
VS.                    CRIMINAL 4:19-CR-001.
CHARLES SCHIMMEL

I AM AN INMATE CONFINED IN AN INSTITUTION.
TODAY 22 JAN. 2020 I AM THE DEFENDANT
AND REQUEST FOR APPEAL, UNDER RULE 4(c)
OF THE FEDERAL RULES. IN THIS CASE
THE INSTITUTIONS INTERNAL MAIL SYSTEM.
POSTAGE IS BEING PREPAID BY ME.
I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.
SEE 628 U.S.C. 1746

Charles Schimmel
22 JAN 2020

CHARLES SCHIMMEL
LAFAYETTE COUNTY CORRECTIONAL FACILITY
711 JACKSON AVENUE E
OXFORD MS 38655

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI.

UNITED STATES
VS                CRIMINAL NO: 4:19-CR-001
CHARLES SCRIMSHER

NOTICE OF FILING BY MAIL

DEFENDANTS REQUEST FOR PRO SE NOTICE OF APPEAL IN CRIMINAL CASE 4:19-CR-001 AND MOTION REQUESTING COURT APPOINTED COUNSEL IN CRIMINAL CASE 4:19-CR-001 IS IN PAPER FORM. BEING FILED BY CHARLES SCRIMSHER TO THE CLERK OF U.S. DISTRICT COURT 911 JACKSON AVENUE ROOM 369 OXFORD MS 38655-3622. ON THIS DAY 22 JAN 2020

Charles Scrimsher
CHARLES SCRIMSHER
LCDC.
711 JACKSON AVENUE BOX
OXFORD MS 38655

22ND DAY JAN 2020.

CLERK US. DISTRICT COURT
911 JACKSON AVENUE
Room 369
OXFORD MS 38655-3622

X-RAYED

CHARLES SCHINDLER
UDC
711 JACKSON AVE E.
OXFORD MS 38655